PERFECTION GEAR COMPANY, Respondent, v. CORNELIUSSEN & STAKGOLD, INC., Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of HERBERT D. ROISTACHER, Petitioner, against JAMES R. MACDUFF, as Commissioner of Motor Vehicles, Respondent.— Determination unanimously annulled, with $50 costs and disbursements to the petitioner. There was no satisfactory proof that petitioner was guilty of gross negligence. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

DEPARTMENT OF WELFARE OF THE CITY OF NEW YORK, Respondent, v. RAYMOND BROU, Appellant.— Order affirmed, with $20 costs and disbursements to the respondent. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.; Breitel, J., dissents and votes to reverse and dismiss on the ground that the evidence is not clear and convincing that defendant is the father of the child.

MILO RADIO AND ELECTRONIC CORP., Respondent, v. CHANNEL MASTER CORPORATION et al., Appellants.— Order unanimously reversed, with $20 costs and disbursements to the appellants, and the motion denied on the ground that there are triable issues of fact. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

In the Matter of the Construction of the Will of ARTHUR C. JAMES, Deceased. AMERICAN SEAMEN'S FRIEND SOCIETY et al., Appellants; JAMES FOUNDATION OF NEW YORK, INC., et al., Respondents.— Decree unanimously affirmed, with costs payable out of the estate. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ. [See post, p. 1036; 285 App. Div. 805.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ALONZO CURRY, Appellant.— Order unanimously affirmed. No opinion. Present — Dore, J. P., Cohn, Breitel, Bastow and Botein, JJ.

ALBERT NIGHTINGALE v. FRITZ BLOCH et al.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

PAULA BERWEGER v. KARL BERWEGER.— Motion to dismiss appeal granted. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

CAMERON CLARK v. PAN AMERICAN WORLD AIRWAYS, INC.— Motion to dismiss appeal granted, with $10 costs. Present — Peck, P. J., Dore, Breitel, Bastow and Botein, JJ.

THE PEOPLE OF THE STATE OF NEW YORK v. FRANK BRIGANTI.— Motion to dismiss appeal granted. Present — Peck, P. J., Callahan, Breitel, Bastow and Bergan, JJ.